IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAIME SMITH | : | CIVIL ACTION NO. |
| | : | 3:15-cv-01825-JCH |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| NAVIENT SOLUTIONS, INC. | : | |
| | : | |
| Defendant. | : | JANUARY 18, 2018 |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of Plaintiff's Complaint with prejudice and without assessment of costs against either party.

| | |
|---|---|
| PLAINTIFF, | DEFENDANT, |
| JAIME SMITH | NAVIENT SOLUTIONS, LLC, |
| | FORMERLY KNOWN AS NAVIENT |
| | SOLUTIONS, INC. |
| | |
| /s/ Angela K. Troccoli | /s/ Kelly M. Cardin |
| Angela K. Troccoli, Esq. (CT28597) | Kelly M. Cardin, Esq. (CT29162) |
| Kimmel & Silverman, P.C. | Ogletree, Deakins, Nash, Smoak & Stewart |
| 136 Main Street, Suite 301 | 281 Tresser Boulevard, Suite 602 |
| Danielson, CT 06239 | Stamford, CT 06901 |
| Telephone: 860-866-4380 | Telephone: 203-969-3109 |
| atroccoli@creditlaw.com | kelly.cardin@ogletreedeakins.com |
| | |
| | Bonnie L. Martin, Esq. |
| | Ogletree, Deakins, Nash, Smoak & Stewart |
| | 111 Monument Circle, Suite 4600 |
| | Indianapolis, IN 46204 |
| | Telephone: 217-916-2118 |
| | bonnie.martin@ogletreedeakins.com |

## **CERTIFICATION**

I hereby certify that on January 18, 2018, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

                                                    */s/ Kelly M. Cardin*
                                                    Kelly M. Cardin

32647265.1